UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LULL, | No. 2:19-cv-02444 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF PLACER, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On April 13, 2020, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 13, 2020 are adopted in full;

2. The motion to dismiss, ECF No. 11, is GRANTED as follows:

1

a. All claims against Placer County are dismissed with prejudice, and the County is terminated as a defendant;

b. All claims against the individual defendants are construed as individual capacity claims only, and any punitive official capacity claims are dismissed with prejudice;

c. Claim Two (substantive due process) is dismissed with prejudice;

d. Claims One, Three, Four and Five are dismissed with leave to amend;

e. Any amendment as allowed by this order should include the procedural history of the subject abatement proceedings; and identification of the precise dates of the nuisance abatement hearing, the order of abatement, the "imposition of fine," and any related official acts asserted as bases for liability;

f. Plaintiff is directed to file an Amended Complaint within 21 days of this order; and

g. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED:  November 30, 2020.

CHIEF UNITED STATES DISTRICT JUDGE